ANDREW HARRISON and another, as Administrators, &c., Respondents, *v.* JOHN CLARK and THOMAS BENNETT, Appellants.
Judgment affirmed.
Opinion per Curiam.

---

RUSSELL SAGE, Respondent, *v.* ANNIE F. TRUSLOW and others, Executors, &c. of SAMUEL W. TRUSLOW, Deceased, Appellants.
Judgment affirmed, with costs.
Opinion by Davis, P. J.

---

EDWIN ROGERS, Respondent, *v.* JASON L. DAVENPORT, Appellant.
Order modified as directed in opinion, without costs to either party.
Opinion by Davis, P. J.